UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Jim Adam Roth,

    Plaintiff,

v.                               ORDER
                                 Civil No. 06-4574 (MJD/JSM)

Nanette M. Larson, et al.,

    Defendants.

_____

    Currently before the Court is Plaintiff's motion for reconsideration of the Order of Magistrate Judge Mayeron dated December 7, 2006 denying his motion to proceed in forma pauperis. Plaintiff also requests that Magistrate Judge Mayeron be removed from this case, arguing she is biased and unreasonable.

    The Court will treat Plaintiff's motion as objections to the Order dated December 7, 2006. The Court must modify or set aside any portion of the Magistrate Judge's Order found to be clearly erroneous or contrary to law. See 28 U.S.C. § 636(b)(1)(A); Fed. R. Civ. P. 72(a); Local Rule 72.1(b)(2). Based on a review of the record and the submissions of the parties, the Court concludes that the Magistrate Judge's Order is neither clearly erroneous or contrary to law.

    In addition, the Court finds that Plaintiff has not presented the Court any basis to support his assertions that Magistrate Judge Mayeron was unreasonable or showed bias in denying his motion to proceed in forma pauperis.

IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration and to Remove Magistrate Judge Mayeron [Doc. No. 6] is DENIED.

Date: January 28, 2007

s / Michael J. Davis
Michael J. Davis
United States District Court

Civil No. 06-4574