UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
_____

JAMES ADAM ROTH,

       Plaintiff,

v.                          **ORDER**
                           Civil File No. 06-4574 (MJD/JSM)

NANETTE M. LARSON, et al.,

       Defendants.
_____

Jim Adam Roth, pro se.

Margaret E. Jacot, Minnesota Attorney General's Office, Counsel for Defendants Nanette M. Larson, Jan Hanlon, Dr. David Paulson, Nola Karol, J. Carter, Fairbault Health Services, Department of Corrections, Jason Math, Connie Roehrich, Lt. Clifford, Lt. Sheila McShea, Sgt. Johnson, Officer Carol McHugo, Officer Vicky Polmann, Officer Tammy Thompson, Officer Persing, and Alice Remillard.

Charles A. Gross, Geraghty O'Loughlin & Kenney, PA, Counsel for Defendants Judy Ellerbush, Dr. Greg Salmi, and Dr. Quanbeck.

No appearance on behalf of Defendant Dr. Craig L. Belcourt.
_____

       The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Janie S. Mayeron dated August 6, 2008.  [Docket No. 87]  Plaintiff Jim Adam Roth filed objections to the Report and Recommendation.  Pursuant to statute, the Court has conducted a <u>de novo</u> review of the record.  28 U.S.C. § 636(b)(1); Local Rule 72.2(b).  Based upon that review, the Court **ADOPTS** the Report and Recommendation.

Accordingly, based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. The Court **ADOPTS** the Magistrate Judge's Report and Recommendation dated August 6, 2008 [Docket No. 87].

2. Defendants' Motions to Dismiss [Docket Nos. 54 and 59] are **GRANTED**.

3. This action is **DISMISSED WITHOUT PREJUDICE**.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  September 30, 2008            s/Michael J. Davis
                                      Michael J. Davis
                                      Chief Judge
                                      United States District Court